George H. Brick and Another v. Cohn-Hall-Marx Co.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante,* p. 300.] Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Yacht Club Catering, Inc., for a Certiorari Order against Henry E. Bruckman and Others.— Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 702; Id. 715.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (June 22, 1937.)

A. M. Andrews Investment Corporation, Respondent, v. Trans-Lux Daylight Picture Screen Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Callahan, JJ., dissent and vote to reverse and deny the motion.

In the Matter of the Application of Sound Realty Company, Respondent, v. George P. Nicholson, as Corporation Counsel of the City of New York, Appellant. Paul Windels, as Corporation Counsel of the City of New York, Appellant; Sound Realty Company, Respondent. In the Matter of the Application of Isaac Lefkowitz, Respondent, v. George P. Nicholson, as Corporation Counsel of the City of New York, Appellant. Paul Windels, as Corporation Counsel of the City of New York, Appellant; Isaac Lefkowitz, Respondent.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Glennon, Dore, Cohn and Callahan, JJ.

Morgan A. Jones, Respondent, v. Cora Lee Maloney, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Hyman Moss, Respondent, v. Metropolitan Life Insurance Co. and Riviera Realty Corp., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Felix DeSantis, Appellant, v. Samuel B. Burk, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Rose Albohn and Walter Albohn, Respondents, v. The Lawyers Mortgage Company in Rehabilitation, Appellant, Impleaded with Another.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.